1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKCOUNTRY AGAINST DUMPS; DONNA TISDALE; and JOE E. TISDALE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF INDIAN AFFAIRS; DARRYL LACOUNTE, in his official capacity as Director of the United States Bureau of Indian Affairs; AMY DUTSCHKE, in her official capacity as Regional Director of the Pacific Region of the United States Bureau of Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and TARA SWEENEY, in her official capacity as Assistant Secretary of the Interior for Indian Affairs,<br><br>　　　　　　Defendants.<br><br>TERRA-GEN DEVELOPMENT COMPANY, LLC,<br><br>　　　　　　Intervenor-Defendant. | Case No.: 20-CV-2343 JLS (DEB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR FEDERAL DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>(ECF No. 27) |

Presently before the Court is the Parties' Joint Motion to Extend Time for Federal Defendants to File Responsive Pleading ("Joint Mot.," ECF No. 27). This action was transferred from the U.S. District Court for the Eastern District of California on December 1, 2020, *see* ECF No. 25, and ultimately was reassigned to this Court on December 14, 2020, *see* ECF No. 36.

Meanwhile, the deadline for Defendants the United States Bureau of Indian Affairs, Darryl Lacounte, Amy Dutschke, the United States Department of the Interior, David Bernhardt, and Tara Sweeney (collectively, "Federal Defendants") to respond to Plaintiffs Backcountry Against Dumps, Donna Tisdale, and Joe E. Tisdale's (collectively, "Plaintiffs") Complaint was December 4, 2020. *See* Joint Mot. at 1. On December 3, 2020, the Parties filed the present Motion, indicating that, "due to the transfer and the significant caseloads of [Federal Defendants'] counsel," good cause exists to extend Federal Defendants' deadline to respond by thirty days to January 4, 2021. *Id.* at 1–2.

Good cause appearing, the Court **GRANTS** the Joint Motion. Federal Defendants **SHALL RESPOND** to Plaintiffs' Complaint <u>on or before January 4, 2021</u>.

**IT IS SO ORDERED.**

Dated: December 16, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge