UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKCOUNTRY AGAINST DUMPS; DONNA TISDALE; and JOE E. TISDALE,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF INDIAN AFFAIRS; DARRYL LACOUNTE, in his official capacity as Director of the United States Bureau of Indian Affairs; AMY DUTSCHKE, in her official capacity as Regional Director of the Pacific Region of the United States Bureau of Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and TARA SWEENEY, in her official capacity as Assistant Secretary of the Interior for Indian Affairs,<br><br>            Defendants. | Case No.:  20-CV-2343 JLS (DEB)<br><br>**ORDER DENYING AS MOOT MOTIONS TO DISMISS**<br><br>(ECF Nos. 34, 40) |
| TERRA-GEN DEVELOPMENT COMPANY, LLC,<br><br>            Intervenor-Defendant. | |

Presently before the Court are Intervenor-Defendant Terra-Gen Development Company, LLC's ("Intervenor") Partial Motion to Dismiss ("1st MTD," ECF No. 34), filed and served on December 4, 2020, and Defendants United States Bureau of Indian Affairs, Darryl LaCounte, Amy Dutschke, United States Department of the Interior, David Bernhardt, and Tara Sweeny's (collectively, "Federal Defendants") Motion for Partial Dismissal for Failure to State a Claim ("2d MTD," ECF No. 40), filed and served on January 4, 2021. Also before the Court is Plaintiffs Backcountry Against Dumps, Donna Tisdale, and Joe E. Tisdale's (collectively, "Plaintiffs") First Amended and Supplemental Complaint for Declaratory and Injunctive Relief ("Am. Compl.," ECF No. 42).

A plaintiff may amend its complaint "once as a matter of course within . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1)(B). Federal Defendants filed the Second Motion to Dismiss on January 4, 2021, and Plaintiffs filed their Amended Complaint within twenty-one days, on January 22, 2021. Accordingly, it appears Plaintiffs' amendment is proper as of right under Federal Rule of Civil Procedure 15(a)(1). Even if the filing of the First Motion to Dismiss renders amendment as of right untimely, however, the Court finds that leave to amend is required by justice and will promote efficiency at this early stage in the proceedings. *See* Fed. R. Civ. P. 15(a)(2).

Accordingly, in light of Plaintiffs' Amended Complaint, the Court **DISMISSES AS MOOT** both the First and Second Motions to Dismiss. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015) (holding that amended complaint supersedes the original and renders moot any pending motions to dismiss targeting the original complaint). Accordingly, the hearing on the First and Second Motions to Dismiss set for February 11, 2021, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: January 25, 2021

*[signature]*
Hon. Janis L. Sammartino
United States District Judge