UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKCOUNTRY AGAINST DUMPS; DONNA TISDALE; and JOE E. TISDALE,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF INDIAN AFFAIRS; DARRYL LACOUNTE, in his official capacity as Director of the United States Bureau of Indian Affairs; AMY DUTSCHKE, in her official capacity as Regional Director of the Pacific Region of the United States Bureau of Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and TARA SWEENEY, in her official capacity as Assistant Secretary of the Interior for Indian Affairs,<br><br>　　　　　　　Defendants. | Case No.:  20-CV-2343 JLS (DEB)<br><br>**ORDER GRANTING FEDERAL DEFENDANTS' UNOPPOSED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO AMENDED COMPLAINT**<br><br>(ECF No. 44) |
| TERRA-GEN DEVELOPMENT COMPANY, LLC,<br><br>　　　　　　　Intervenor-Defendant. | |

Presently before the Court is Defendants United States Bureau of Indian Affairs, Darryl LaCounte, Amy Dutschke, United States Department of the Interior, David Bernhardt, and Tara Sweeny's (collectively, "Federal Defendants") Unopposed Motion to Extend Time to File Responsive Pleading to Amended Complaint ("Mot.," ECF No. 44). Federal Defendants seek a 60-day extension of their time to respond to Plaintiffs Backcountry Against Dumps, Donna Tisdale, and Joe E. Tisdale's (collectively, "Plaintiffs") Amended Complaint "[g]iven the extensive additions to the Amended Complaint from the Original, the workload of counsel for Federal Defendants, and to afford time for new administration officials to be briefed on pending litigation." Mot. ¶ 9. Federal Defendants represent that Plaintiffs do not oppose the motion "provided that Plaintiffs are granted a commensurate extension of 60 days for any response thereto," *id.* ¶ 10, and that counsel for Intervenor-Defendant Terra-Gen Development Company, LLC, "takes no position on this Motion," *id.* ¶ 11.

Good cause appearing, the Court **GRANTS** Federal Defendants' Motion. Federal Defendants **SHALL FILE** a response to Plaintiffs' Amended Complaint <u>on or before April 6, 2021</u>.

**IT IS SO ORDERED.**

Dated: February 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge