UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKCOUNTRY AGAINST DUMPS; DONNA TISDALE; and JOE E. TISDALE,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF INDIAN AFFAIRS; DARRYL LACOUNTE, in his official capacity as Director of the United States Bureau of Indian Affairs; AMY DUTSCHKE, in her official capacity as Regional Director of the Pacific Region of the United States Bureau of Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and TARA SWEENEY, in her official capacity as Assistant Secretary of the Interior for Indian Affairs,<br><br>                Defendants.<br><br>TERRA-GEN DEVELOPMENT COMPANY, LLC,<br><br>                Intervenor-Defendant. | Case No.: 20-CV-2343 JLS (DEB)<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO COORDINATE HEARING AND BRIEFING ON FEDERAL DEFENDANTS' AND INTERVENOR-DEFENDANT'S MOTIONS FOR PARTIAL DISMISSAL**<br><br>(ECF No. 47) |

1    Presently before the Court is Plaintiffs Backcountry Against Dumps, Donna Tisdale, and Joe E. Tisdale's (collectively, "Plaintiffs") Unopposed Motion to Coordinate Hearing and Briefing on Federal Defendants' and Intervenor-Defendant's Motions for Partial Dismissal ("Mot.," ECF No. 47).  On February 4, 2021, the Court granted Defendants United States Bureau of Indian Affairs, Darryl LaCounte, Amy Dutschke, United States Department of the Interior, David Bernhardt, and Tara Sweeny's (collectively, "Federal Defendants") Unopposed Motion to Extend Time for Federal Defendants to File Responsive Pleading to Amended Complaint and ordered Federal Defendants to respond to Plaintiffs' Amended Complaint on or before April 6, 2021.  *See* ECF No. 45.  On February 5, 2021, Intervenor-Defendant Terra-Gen Development Company, LLC ("Terra-Gen") filed a Partial Motion to Dismiss with a hearing date of March 11, 2021.  *See* ECF No. 46 ("Terra-Gen MTD").

In the present Motion, Plaintiffs note that Federal Defendants' responsive pleading is anticipated to include a partial motion to dismiss and, "[t]o avoid duplication and waste of the Court's and the Parties' resources, and to avoid the potential for inconsistent results," Plaintiffs seek to coordinate the hearing and briefing on any motions to dismiss filed as to the Amended Complaint.  Mot. at 3.  Federal Defendants take no position on Plaintiffs' Motion, and Terra-Gen does not oppose so long as the hearing date is scheduled on or before May 14, 2021.  *See id.*

Good cause appearing, the Court **GRANTS** Plaintiffs' Motion.  The Court **RESETS** the hearing on the Terra-Gen MTD for <u>1:30 p.m. on May 13, 2021</u>.  As previously ordered, Federal Defendants **SHALL FILE** a response to Plaintiffs' Amended Complaint <u>on or before April 6, 2021</u>.  To the extent such response comprises a motion to dismiss the Amended Complaint, the hearing on such motion also shall occur at <u>1:30 p.m. on May 13, 2021</u>.  The Parties **SHALL FILE** any opposition to the motions to dismiss <u>on or before</u>

///
///
///

April 29, 2021.  The Parties **MAY FILE** a reply in support of the motions to dismiss, if any, on or before May 6, 2021.

     **IT IS SO ORDERED.**

Dated:  February 22, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge