Rebecca L. Reed (Bar No. 275833)
E-mail: rebecca.reed@procopio.com
Justin M. Fontaine (Bar No. 323357)
E-mail: justin.fontaine@procopio.com
PROCOPIO, CORY, HARGREAVES
  & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101
Telephone: 619.238.1900
Facsimile: 619.235.0398

Attorneys for Proposed Intervenor-Defendant
CAMPO BAND OF DIEGUENO MISSION INDIANS

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKCOUNTRY AGAINST DUMPS; DONNA TISDALE; and JOE E. TISDALE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF INDIAN AFFAIRS; DARRYL LACOUNTE, in his official capacity as Director of the United States Bureau of Indian Affairs; AMY DUTSCHKE, in her official capacity as Regional Director of the Pacific Region of the United States Bureau of Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and TARA SWEENEY, in her official capacity as Assistant Secretary of the Interior for Indian Affairs,<br><br>　　　　　Defendants. | Case No. 3:20-cv-02343-JLS-DEB<br><br>**CAMPO BAND OF DIEGUENO MISSION INDIANS' NOTICE OF MOTION AND MOTION TO INTERVENE FOR A LIMITED PURPOSE**<br><br>Date.:　April 8, 2021<br>Time:　1:30 p.m.<br>Ctrm.:　4D<br>Judge:　Hon. Janis L. Sammartino<br><br>Complaint Filed:　July 8, 2020<br>Trial Date:　Not set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 8, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard by the Honorable Janis L. Sammartino in Courtroom 4D of the above-entitled Court, located at 221 West Broadway, San Diego, California 92101, Proposed Intervenor-Defendant CAMPO BAND OF DIEGUENO MISSION INDIANS (the "Tribe") will, and hereby does, move the Court for leave to intervene in this action for the limited purpose of filing a motion to dismiss under Rules 19 and 12(b)(7) of the Federal Rules of Civil Procedure (the "Motion").

Under Rule 24(b)(2) of the Federal Rules of Civil Procedure, the Tribe is entitled to intervene in this action as a matter of right because it claims a material interest in the property, lease and project that are the subject of this action and is so situated that disposing of the action will impair or impede the Tribe's ability to protect its interest. Here, no other parties adequately represent the Tribe's interests.

Pursuant to Rule 24(c), a true and correct copy of the Memorandum of Points and Authorities in support of the Tribe's proposed Motion to Dismiss is filed concurrently herewith. The Tribe intends to reserve a hearing date and file the Motion upon the Court's ruling on this Motion.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Marcus Cuero, the pleadings and papers filed in this action, and upon such additional documentary or oral evidence as may be presented at or before the hearing.

DATED: March 3, 2021

PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP

By: */s/Rebecca L. Reed*
Rebecca L. Reed
Justin M. Fontaine
Attorneys for Proposed Intervenor-Defendant CAMPO BAND OF DIEGUENO MISSION INDIANS