UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKCOUNTRY AGAINST DUMPS; DONNA TISDALE; and JOE E. TISDALE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF INDIAN AFFAIRS; DARRYL LACOUNTE, in his official capacity as Director of the United States Bureau of Indian Affairs; AMY DUTSCHKE, in her official capacity as Regional Director of the Pacific Region of the United States Bureau of Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and TARA SWEENEY, in her official capacity as Assistant Secretary of the Interior for Indian Affairs,<br><br>Defendants.<br><br>TERRA-GEN DEVELOPMENT COMPANY, LLC,<br><br>Intervenor-Defendant. | Case No.: 20-CV-2343 JLS (DEB)<br><br>**ORDER VACATING HEARING AND TAKING MOTION UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 49) |

1 | Presently before the Court is Campo Band of Diegueno Mission Indians' Motion to
2 | Intervene for a Limited Purpose (ECF No. 49). The Court **VACATES** the hearing set for
3 | April 8, 2021, and takes the matter under submission without oral argument pursuant to
4 | Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: April 2, 2021

Hon. Janis L. Sammartino
United States District Judge