UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKCOUNTRY AGAINST DUMPS; DONNA TISDALE; and JOE E. TISDALE,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF INDIAN AFFAIRS; DARRYL LACOUNTE, in his official capacity as Director of the United States Bureau of Indian Affairs; AMY DUTSCHKE, in her official capacity as Regional Director of the Pacific Region of the United States Bureau of Indian Affairs; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; and TARA SWEENEY, in her official capacity as Assistant Secretary of the Interior for Indian Affairs,<br><br>　　　　　　Defendants.<br><hr>TERRA-GEN DEVELOPMENT COMPANY, LLC,<br><br>　　　　　　Intervenor-Defendant. | Case No.:  20-CV-2343 JLS (DEB)<br><br>**ORDER DENYING FEDERAL DEFENDANTS' MOTION TO STAY RESPONSIVE PLEADING DEADLINE AND SETTING DEADLINE FOR FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**<br><br>(ECF No. 58) |

Presently before the Court is Defendants United States Bureau of Indian Affairs, Darryl LaCounte, Amy Dutschke, United States Department of the Interior, David Bernhardt, and Tara Sweeny's (collectively, "Federal Defendants") Motion to Stay Responsive Pleading Deadline ("Mot.," ECF No. 58). Federal Defendants request that the Court stay their deadline to file a response to Plaintiff's First Amended and Supplemental Complaint for Declaratory and Injunctive Relief ("FAC") in light of the Campo Band of Diegueno Mission Indians' (the "Tribe") pending motion to intervene for the limited purpose of moving to dismiss the action in its entirety. *See* Mot. at 2. Federal Defendants argue that a stay "will conserve judicial and party resources and promote the orderly and efficient administration of this case." *Id.* They note that grant of the Tribe's motion could resolve the litigation in full, whereas Federal Defendants' proposed and Intervenor-Defendant Terra-Gen Development Company, LLC's ("Intervenor") pending motions for partial dismissal relate only to the second and third counts of the FAC. *See id.* at 3. Federal Defendants seek a stay of their deadline to respond to the FAC until "at least April 15, 2021, which shall automatically extend until ten days after resolution of the Tribe's motion to dismiss, if necessary, if the Tribe is granted intervention prior to April 15, 2021." *Id.*

However, Federal Defendants also note that Plaintiffs Backcountry Against Dumps, Donna Tisdale, and Joe E. Tisdale (collectively, "Plaintiffs") oppose the requested relief, and that Intervenor "does not oppose the requested stay provided that it does not alter the hearing date currently scheduled on [Intervenor]'s Motion for Partial Dismissal," which is presently scheduled for May 13, 2021. *Id.* at 2.

While the Court recognizes that it may be more efficient for the Parties and this Court to resolve the Tribe's motion to intervene and any resultant motion to dismiss before deciding Intervenor's pending and Federal Defendants' proposed partial motions to dismiss, the Court is also mindful of Plaintiffs' and Intervenor's reluctance to agree to any further continuation of the briefing schedules for, and determination of, Federal Defendants' and Intervenor's responses to the FAC. It simply is not feasible for the Court to grant Federal Defendants' requested relief without further extending the hearing date on

Intervenor's and Federal Defendants' motions to dismiss, which the Court is loathe to do given that the Court previously granted Plaintiffs' unopposed motion to coordinate briefing on those motions, which already significantly extended the hearing date for Intervenor's Motion.  *See* ECF No. 48.

Accordingly, the Court **DENIES** Federal Defendants' Motion seeking to stay their deadline to respond to the FAC until ten days after the resolution of any motion to dismiss filed by the Tribe.  Federal Defendants **SHALL RESPOND** to the FAC <u>on or before April 15, 2021</u>.

**IT IS SO ORDERED.**

Dated:  April 7, 2021

Hon. Janis L. Sammartino
United States District Judge

20-CV-2343 JLS (DEB)