UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BACKCOUNTRY AGAINST DUMPS;
DONNA TISDALE; and JOE E.
TISDALE,

                    Plaintiffs,

v.

UNITED STATES BUREAU OF INDIAN
AFFAIRS; DARRYL LACOUNTE, in his
official capacity as Director of the United
States Bureau of Indian Affairs; AMY
DUTSCHKE, in her official capacity as
Regional Director of the Pacific Region of
the United States Bureau of Indian Affairs;
UNITED STATES DEPARTMENT OF
THE INTERIOR; DAVID BERNHARDT,
in his official capacity as Secretary of the
Interior; and TARA SWEENEY, in her
official capacity as Assistant Secretary of
the Interior for Indian Affairs,

                    Defendants.

─────────────────────────────

TERRA-GEN DEVELOPMENT
COMPANY, LLC,

                    Intervenor-Defendant.

Case No.:  20-CV-2343 JLS (DEB)

**ORDER VACATING HEARING
AND TAKING MOTIONS UNDER
SUBMISSION WITHOUT ORAL
ARGUMENT**

(ECF Nos. 46, 60)

1

Presently before the Court are Intervenor-Defendant Terra-Gen Development Company, LLC's Partial Motion to Dismiss (ECF No. 46) and Defendants United States Bureau of Indian Affairs, Darryl LaCounte, Amy Dutschke, United States Department of the Interior, David Bernhardt, and Tara Sweeny's Motion for Partial Dismissal for Failure to State a Claim (ECF No. 60).  The Court **VACATES** the hearing set for May 13, 2021, and takes the matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  May 7, 2021

Hon. Janis L. Sammartino
United States District Judge