1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BACKCOUNTRY AGAINST DUMPS;
DONNA TISDALE; and JOE E.
TISDALE,

                    Plaintiffs,

v.

UNITED STATES BUREAU OF INDIAN
AFFAIRS; DARRYL LACOUNTE, in his
official capacity as Director of the United
States Bureau of Indian Affairs; AMY
DUTSCHKE, in her official capacity as
Regional Director of the Pacific Region of
the United States Bureau of Indian Affairs;
UNITED STATES DEPARTMENT OF
THE INTERIOR; DAVID BERNHARDT,
in his official capacity as Secretary of the
Interior; and TARA SWEENEY, in her
official capacity as Assistant Secretary of
the Interior for Indian Affairs,

                    Defendants.

TERRA-GEN DEVELOPMENT
COMPANY, LLC,

                    Intervenor-Defendant.

Case No.:  20-CV-2343 JLS (DEB)

**ORDER GRANTING JOINT
MOTION FOR CONTINUANCE OF
HEARING ON MOTION FOR
PRELIMINARY INJUNCTION,
EXTENSION OF BRIEFING
DEADLINES AND SPECIAL
BRIEFING SCHEDULE, AND
STATUS CONFERENCE**

(ECF No. 66)

Presently before the Court is Plaintiffs Backcountry Against Dumps, Donna Tisdale, and Joe E. Tisdale (collectively, "Plaintiffs"); Intervenor-Defendant Terra-Gen Development Company, LLC ("Terra-Gen"); and Defendants United States Bureau of Indian Affairs, Darryl LaCounte, Amy Dutschke, United States Department of the Interior, David Bernhardt, and Tara Sweeny's (collectively, "Federal Defendants") (all together, the "Parties") Joint Motion for Continuance of Hearing on Motion for Preliminary Injunction, Extension of Briefing Deadlines and Special Briefing Schedule, and Status Conference ("Joint Mot.," ECF No. 66). The Parties seek to reschedule the hearing on Plaintiffs' Motion for Preliminary Injunction ("PI Mot.," ECF No. 65) from June 17, 2021, to on or after August 12, 2021; to extend the briefing schedule for the PI Motion; and to schedule a status conference to apprise the Court of the Parties' respective positions concerning the proper sequencing of the pending motions in this matter. Joint Mot. at 2–3.

Good cause appearing, the Court **GRANTS** the Joint Motion. In lieu of a status conference, however, the Court requests briefing from the Parties concerning their views on the proper sequencing of the pending motions in this matter. Any Party wishing to express its views on this issue **SHALL FILE** an opening brief, not to exceed five (5) pages, on or before June 2, 2021. Any Party wishing to respond to other Parties' views **MAY FILE** a single responsive brief, also not to exceed five (5) pages, on or before June 4, 2021.

Further, the Court **CONTINUES** the hearing on Plaintiffs' PI Motion to 1:30 p.m. on August 19, 2021. Federal Defendants and Terra-Gen **SHALL FILE** their respective opposition briefs on or before July 1, 2021. Plaintiffs **MAY FILE** their reply brief or briefs, if any, on or before July 29, 2021.

IT IS SO ORDERED.

Dated: May 28, 2021

Hon. Janis L. Sammartino
United States District Judge